# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

In re: )
)
**KRISTINA LYNN HALL,** ) Case No. 19-01257
)
Debtor. ) Judge Marian Harrison

## NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

The U.S. Trustee, Region 8, hereby withdraws his Motion to Dismiss Case for Abuse (Docket Entry No. 18).

    Respectfully,

    PAUL RANDOLPH,
    ACTING U.S. TRUSTEE, REGION 8

    /s/ Megan Seliber
    MEGAN SELIBER
    Trial Attorney for the U.S. Trustee 318
    Customs House, 701 Broadway
    Nashville, TN 37203
    (615) 695-4060; 615-736-2260 (fax)
    Megan.Seliber@usdoj.gov